COURT OF APPEALS OF VIRGINIA

Present: Judges Petty, Chafin and Senior Judge Annunziata

ANTHONY ROLLINS

MEMORANDUM OPINION[*]
v.     Record No. 0479-13-2     PER CURIAM
AUGUST 13, 2013

RICHARDSON-WAYLAND ELECTRICAL COMPANY, LLC
  AND ZURICH AMERICAN INSURANCE COMPANY

FROM THE VIRGINIA WORKERS' COMPENSATION COMMISSION

(William G. Shields; Lloyd J. Eisenberg; The Shields Law Firm, on
brief), for appellant.

(Frederick T. Schubert, II; Angela F. Gibbs; Midkiff, Muncie, and
Ross, P.C., on brief), for appellees.

Anthony Rollins appeals a decision of the Workers' Compensation Commission

finding "that his fall and/or his contact with a high voltage electrical line are unexplained," and,

as a result, his injuries are not compensable. On appeal, Rollins (1) challenges the finding that

the accident was unexplained, and (2) contends the evidence proved an injury by accident arising

out of and in the course of employment.

We have reviewed the record and the commission's opinion and find that this appeal is

without merit. Accordingly, we affirm for the reasons stated by the commission in its final

opinion. See Rollins v. Richardson-Wayland Elec. Co., VWC File No. VA00000475918 (Feb.

15, 2013). We dispense with oral argument and summarily affirm because the facts and legal

contentions are adequately presented in the materials before the Court and argument would not

aid the decisional process. See Code § 17.1-403; Rule 5A:27.

Affirmed.

---

[*] Pursuant to Code § 17.1-413, this opinion is not designated for publication.

UNPUBLISHED